9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
# Profit & Loss
## January 1, 2007 through February 2, 2009

|  | Jan 1, '07 - Feb 2, 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Cash Discounts | -217,190.90 |
| Exhibit Properties | 3,401,393.05 |
| Graphics | 713,027.95 |
| Labor Revenue | 6,064,887.97 |
| Miscellaneous Revenue | 1,148,759.69 |
| Rental Properties | 1,348,005.88 |
| Services | 646,547.46 |
| Shipping Income | 1,002,720.89 |
| Storage Revenue | 232,503.88 |
| Travel Revenue | 127,000.23 |
| **Total Income** | **14,467,656.10** |
| **Cost of Goods Sold** | |
| Contract Labor/Services | 1,891,914.78 |
| Design | 255,533.00 |
| Equipment Rental | 15,311.40 |
| Exhibit Rentals | 198,553.19 |
| **Materials** | |
| Electronics | 57,596.01 |
| Fabric Structures | 56,488.09 |
| Laminate | 21,871.83 |
| Lumber | 297,811.14 |
| Metal Product | 47,591.04 |
| Plastics | 2,148.99 |
| Supplies and Materials | 263,920.45 |
| Vinyl Graphics | 17,427.09 |
| Materials - Other | 1,224,013.81 |
| **Total Materials** | **1,988,868.45** |
| Outsourced Graphics | 60,864.50 |
| Sales Taxes | 16.62 |
| Shipping | 1,394,737.54 |
| Shop Labor | 13,661.20 |
| Show Services | 3,410,549.37 |
| Small Tools and Equipment | 1,348.56 |
| **Travel & Ent** | |
| Entertainment | 4,359.61 |
| Flight and Transportation | 117,033.56 |
| Hotel | 112,952.69 |
| Meals & Entertainment | 98,618.23 |
| Mileage | 2,497.83 |
| Tolls/Parking/Taxi/Lmo | 378.00 |
| Travel | 10,290.71 |
| Travel & Ent - Other | 127,771.09 |
| **Total Travel & Ent** | **473,901.72** |
| **Total COGS** | **9,705,260.33** |
| **Gross Profit** | **4,762,395.77** |
| **Expense** | |
| Advertising | 15,435.49 |
| **Automobile Expense** | |
| Automobile Insurance | 2,093.90 |
| Fuel | 12,832.52 |
| Repairs | 13,161.48 |
| Automobile Expense - Other | 36,653.90 |
| **Total Automobile Expense** | **64,741.80** |
| **Bank Service Charges** | |
| Bad Ck Fees Paid to Employee | 872.00 |
| Charge Back Fee | 334.00 |
| Credit Card Service Fee | 39,383.53 |
| Foreign Currency Fee | 70.05 |

9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
## Profit & Loss
### January 1, 2007 through February 2, 2009

| | Jan 1, '07 - Feb 2, 09 |
|---|---:|
| Overdraft Fee | 4,358.00 |
| Overdraft Item - Paid | 3,240.00 |
| Overdraft Item - Returned | 1,320.00 |
| Overdraft Protection | -951.36 |
| Stop Item Charge | 215.00 |
| Wire-transfer | 4,597.68 |
| Bank Service Charges - Other | 6,816.69 |
| **Total Bank Service Charges** | **60,755.59** |
| Contributions | 3,592.28 |
| Dues and Subscriptions | 100.00 |
| Employee Food | 6,065.95 |
| Employee Insurance | |
|    COBRA Insurance | 6,308.04 |
|    Dental Insurance | 3,303.63 |
|    Employee Insurance - Other | 303,389.98 |
| **Total Employee Insurance** | **313,001.65** |
| Hosting Fee | 295.00 |
| Insurance-Commercial | 9,293.67 |
| Interest Expense | |
|    Finance Charge | 12,215.65 |
|    Late Fees On Past Due Invoices | 5,220.87 |
|    Interest Expense - Other | 384.34 |
| **Total Interest Expense** | **17,820.86** |
| Licenses and Permits | 74,335.27 |
| Medical Insurance - Employee | 1,487.05 |
| Miscellaneous | 47,413.88 |
| Office Supplies | 18,397.91 |
| Payroll Expenses | |
|    401K Payments | 65,190.53 |
|    Commission | 0.00 |
|    Federal Taxes | 1,153,430.43 |
|    Federal Unemployment 940 | 3,998.22 |
|    Insurance | 18,734.06 |
|    MODO Install Payroll | 4,253.70 |
|    Non-Taxable Sign-On Incentive | 10,188.80 |
|    State Payroll Taxes | 106,247.60 |
|    State Unemployment Tax Expense | 68,787.62 |
|    Union Dues | 912.50 |
|    Wage Garnishments | 18,046.75 |
|    Payroll Expenses - Other | 3,124,824.54 |
| **Total Payroll Expenses** | **4,574,614.75** |
| Postage and Delivery | 187.50 |
| Printing and Reproduction | 9,419.30 |
| Professional Fees | |
|    Accounting | 20,698.04 |
|    Cleaning | 4,932.77 |
|    Legal Fees | 122,781.71 |
|    Professional Fees - Other | 42,565.04 |
| **Total Professional Fees** | **190,977.56** |
| Reconciliation Discrepancies | 0.01 |
| Rent | 567,851.40 |
| Repairs | |
|    Building Repairs | 2,070.00 |
|    Computer Repairs | 2,137.77 |
|    Copier Maintenance | 2,079.08 |
|    Equipment Repairs | 21,537.59 |
|    Repairs - Other | 7,364.65 |
| **Total Repairs** | **35,189.09** |
| Security Alarms | |
|    Fire Extinguisher Service | 324.18 |

9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
# Profit & Loss
January 1, 2007 through February 2, 2009

|  | Jan 1, '07 - Feb 2, 09 |
|---|---:|
| Security Alarms - Other | 2,419.82 |
| **Total Security Alarms** | 2,744.00 |
| Service Charges/Late Fees | 6,840.10 |
| Software | 6,506.37 |
| Subscriptions | 1,019.00 |
| Supplies |  |
|    Petty Cash | -78.42 |
|    Supplies - Other | 87,963.37 |
| **Total Supplies** | 87,884.95 |
| Training | 1,154.60 |
| Utilities |  |
|    Cable Service | 17,408.17 |
|    Gas and Electric | 70,172.90 |
|    Internet Services | 14,760.77 |
|    Rubbish removal | 18,067.78 |
|    Telephone | 50,082.19 |
|    Water & Sewer | 1,369.03 |
| **Total Utilities** | 171,860.84 |
| Website Design and Fees | 2,512.88 |
| **Total Expense** | 6,291,498.75 |
| **Net Ordinary Income** | -1,529,102.98 |
| Other Income/Expense |  |
|   Other Income |  |
|     Interest Income | 489.53 |
| **Total Other Income** | 489.53 |
| **Net Other Income** | 489.53 |
| **Net Income** | **-1,528,613.45** |

9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
# Profit & Loss
### January 1, 2007 through February 2, 2009

|  | Jan 1, '07 - Feb 2, 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Cash Discounts | -217,190.90 |
| Exhibit Properties | 3,401,393.05 |
| Graphics | 713,027.95 |
| Labor Revenue | 6,064,887.97 |
| Miscellaneous Revenue | 1,148,759.69 |
| Rental Properties | 1,348,005.88 |
| Services | 646,547.46 |
| Shipping Income | 1,002,720.89 |
| Storage Revenue | 232,503.88 |
| Travel Revenue | 127,000.23 |
| **Total Income** | **14,467,656.10** |
| **Cost of Goods Sold** | |
| Contract Labor/Services | 1,891,914.78 |
| Design | 255,533.00 |
| Equipment Rental | 15,311.40 |
| Exhibit Rentals | 198,553.19 |
| **Materials** | |
| Electronics | 57,596.01 |
| Fabric Structures | 56,488.09 |
| Laminate | 21,871.83 |
| Lumber | 297,811.14 |
| Metal Product | 47,591.04 |
| Plastics | 2,148.99 |
| Supplies and Materials | 263,920.45 |
| Vinyl Graphics | 17,427.09 |
| Materials - Other | 1,224,013.81 |
| **Total Materials** | **1,988,868.45** |
| Outsourced Graphics | 60,864.50 |
| Sales Taxes | 16.62 |
| Shipping | 1,394,737.54 |
| Shop Labor | 13,661.20 |
| Show Services | 3,410,549.37 |
| Small Tools and Equipment | 1,348.56 |
| **Travel & Ent** | |
| Entertainment | 4,359.61 |
| Flight and Transportation | 117,033.56 |
| Hotel | 112,952.69 |
| Meals & Entertainment | 98,618.23 |
| Mileage | 2,497.83 |
| Tolls/Parking/Taxi/Lmo | 378.00 |
| Travel | 10,290.71 |
| Travel & Ent - Other | 127,771.09 |
| **Total Travel & Ent** | **473,901.72** |
| **Total COGS** | **9,705,260.33** |
| **Gross Profit** | **4,762,395.77** |
| **Expense** | |
| Advertising | 15,435.49 |
| **Automobile Expense** | |
| Automobile Insurance | 2,093.90 |
| Fuel | 12,832.52 |
| Repairs | 13,161.48 |
| Automobile Expense - Other | 36,653.90 |
| **Total Automobile Expense** | **64,741.80** |
| **Bank Service Charges** | |
| Bad Ck Fees Paid to Employee | 872.00 |
| Charge Back Fee | 334.00 |
| Credit Card Service Fee | 39,883.53 |
| Foreign Currency Fee | 70.05 |

9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
## Profit & Loss
### January 1, 2007 through February 2, 2009

|  | Jan 1, '07 - Feb 2, 09 |
|---|---:|
| Overdraft Fee | 4,358.00 |
| Overdraft Item - Paid | 3,240.00 |
| Overdraft Item - Returned | 1,320.00 |
| Overdraft Protection | -951.36 |
| Stop Item Charge | 215.00 |
| Wire-transfer | 4,597.68 |
| Bank Service Charges - Other | 6,816.69 |
| **Total Bank Service Charges** | **60,755.59** |
| Contributions | 3,592.28 |
| Dues and Subscriptions | 100.00 |
| Employee Food | 6,065.95 |
| Employee Insurance |  |
|    COBRA Insurance | 6,308.04 |
|    Dental Insurance | 3,303.63 |
|    Employee Insurance - Other | 303,389.98 |
| **Total Employee Insurance** | **313,001.65** |
| Hosting Fee | 295.00 |
| Insurance-Commercial | 9,293.67 |
| Interest Expense |  |
|    Finance Charge | 12,215.65 |
|    Late Fees On Past Due Invoices | 5,220.87 |
|    Interest Expense - Other | 384.34 |
| **Total Interest Expense** | **17,820.86** |
| Licenses and Permits | 74,335.27 |
| Medical Insurance - Employee | 1,487.05 |
| Miscellaneous | 47,413.88 |
| Office Supplies | 18,397.91 |
| Payroll Expenses |  |
|    401K Payments | 65,190.53 |
|    Commission | 0.00 |
|    Federal Taxes | 1,153,430.43 |
|    Federal Unemployment 940 | 3,998.22 |
|    Insurance | 18,734.06 |
|    MODO Install Payroll | 4,253.70 |
|    Non-Taxable Sign-On Incentive | 10,188.80 |
|    State Payroll Taxes | 106,247.60 |
|    State Unemployment Tax Expense | 68,787.62 |
|    Union Dues | 912.50 |
|    Wage Garnishments | 18,046.75 |
|    Payroll Expenses - Other | 3,124,824.54 |
| **Total Payroll Expenses** | **4,574,614.75** |
| Postage and Delivery | 187.50 |
| Printing and Reproduction | 9,419.30 |
| Professional Fees |  |
|    Accounting | 20,698.04 |
|    Cleaning | 4,932.77 |
|    Legal Fees | 122,781.71 |
|    Professional Fees - Other | 42,565.04 |
| **Total Professional Fees** | **190,977.56** |
| Reconciliation Discrepancies | 0.01 |
| Rent | 567,851.40 |
| Repairs |  |
|    Building Repairs | 2,070.00 |
|    Computer Repairs | 2,137.77 |
|    Copier Maintenance | 2,079.08 |
|    Equipment Repairs | 21,537.59 |
|    Repairs - Other | 7,364.65 |
| **Total Repairs** | **35,189.09** |
| Security Alarms |  |
|    Fire Extinguisher Service | 324.18 |

9:11 AM
02/02/09
Accrual Basis

# MODO Exhibits
# Profit & Loss
## January 1, 2007 through February 2, 2009

| | Jan 1, '07 - Feb 2, 09 |
|---|---|
| Security Alarms - Other | 2,419.82 |
| **Total Security Alarms** | 2,744.00 |
| Service Charges/Late Fees | 6,840.10 |
| Software | 6,506.37 |
| Subscriptions | 1,019.00 |
| Supplies | |
|   Petty Cash | -78.42 |
|   Supplies - Other | 87,963.37 |
| **Total Supplies** | 87,884.95 |
| Training | 1,154.60 |
| Utilities | |
|   Cable Service | 17,408.17 |
|   Gas and Electric | 70,172.90 |
|   Internet Services | 14,760.77 |
|   Rubbish removal | 18,067.78 |
|   Telephone | 50,082.19 |
|   Water & Sewer | 1,369.03 |
| **Total Utilities** | 171,860.84 |
| Website Design and Fees | 2,512.88 |
| **Total Expense** | 6,291,498.75 |
| **Net Ordinary Income** | -1,529,102.98 |
| Other Income/Expense | |
|   Other Income | |
|     Interest Income | 489.53 |
|   **Total Other Income** | 489.53 |
| **Net Other Income** | 489.53 |
| **Net Income** | **-1,528,613.45** |