## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| MODO EXHIBITS, INC. | ) | CASE NO: 09-70332 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### NOTICE OF TRUSTEE'S MOTION TO PAY FINAL FEE
### APPLICATION FOR ACCOUNTANT FEES

THE TRUSTEE, BERNARD J NATALE, has filed papers with the Court for the:

### TRUSTEE'S MOTION TO PAY FINAL FEE APPLICATION FOR ACCOUNTANT FEES

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the Motion , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court 327 S Church St, Room 1100, Rockford, IL; OR
2. Attend the hearing scheduled to be **April 8, 2015  @ 9:30 AM** In the United States Bankruptcy Court, 327 S Church St, Room 3100, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:    BERNARD J NATALE, LTD
                                 BERNARD J. NATALE
                                 6833 Stalter Drive, Ste 201
                                 Rockford, Illinois 61108
                                 815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  March 17, 2015

/S/  BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

# PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath deposes and states that she served the attached **TRUSTEE'S MOTION TO PAY FINAL FEE APPLICATION FOR ACCOUNTANT FEES** by placing a true and correct copy of said in each envelope, as per attached:

SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 17th day of March, 2015.

/s/ Denise Bennett

17th day of March, 2015

/s/    Mary D Magnuson    _____
Notary Public

My commission expires February 21, 2016

Nth Degree, Inc.
Stanley F. Orszula
321 N. Clark Street, Suite 2300
Chicago, IL 60654-4746

(NICOR) Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora, IL 60507-0549

1st AYD Corporation
P.O. Box 5298
Elgin, IL 60121-5298

AV Images
7085-C Los Positas Rd
Livenmore, CA 94551-5116

Accountemps
12400 Collections Center Drive
Chicago, IL 60693-0124

Accountemps
Div of Robert Half International
P O Box 5024
San Ramon, CA 94583

Advanced Greig Laminators
4249 Argosy Court
Madison, WI 53714

Aetna Plywood Inc
Lockbox 774315
4315 Solutions Center
Chicago, IL 60677-0001

Alfonso Acevedo
1164 S Gunderson
Oak Park, IL 60304-2151

All Tile Inc
POB 809244
Chicago, IL 60677-0001

Always Freight
POB 1888
Fayetteville, AR 72702-1888

American Academy of Physician Assistants
950 N Washington St
Alexandria, VA 22314-1552

American Cases Corp
3949 Grove Ave
Gurnee, IL 60031-2118

American Logistics Inc
POB 75
Climax, MI 49034-0075

Andy Cyunczyk
332 Cherrywood Road
Buffalo Grove, IL 60089-2007

Arata Expositions
15926 Tournament Dr
Gaithersburg, MD 20877

Ashley Eyzaguirre
5897 Fieldstone Trail
McHenry, IL 60050

Askew Industrial Corp
2920 Supply Ave
Los Angeles, CA 90040-2708

Atlantic Tape Company
POB 3197
Fayetteville, GA 30269-7197

Atlas Saw & Tool Inc
7801 Industrial court Ste B
Spring Grove, IL 60081-8298

Baer Supply Company
909 Forest Edge Drive
Vernon Hills IL 60061

Bekins Van Lines
POB 809300
Chicago, IL 60680-9300

Benefit Administration Inc
400 Annalp St Ste 200
Menasha, WI 54952

Bisco Industries
Smith Rubin
P O Box 639
Belle Chase, LA 70037

Bjorkmans Ace Hardware
4520 West Crystal Lake Rd
McHenry, IL 60050-5378

Bohrens Moving & Storage
POB 2234
Princeton, NJ 08543-2234

Brian Flynn
4411 Sussex Drive
McHenry, IL 60050-4139

CSI Worldwide
40 Regency Plaza
Glen Mills, PA 19342-1002

Candace K Keiser
4346 Jerdon Court
Las Vegas NV 89129

Champion Exposition
139 Campanelli Drive
Middleborough, MA 02346-1078

Charles Sears
621 Webster Street
Algonquin, IL 60102-2869

ComEd Company
Attn Revenue Mgmt Dept
2100 Swift Drive
Oak Brook, IL 60523-1559

Cornerstone Material Recovery
4172 Bull Valley Road
McHenry, IL 60050-2206

Crepes A Latte Catering
c/o Kevin Posen Esq
11 E Adams St Ste 800
Chicago, IL 60603-6324

Cynthia Denz
34444 N Converse Lane
Ingleside, IL 60041-9260

Daniel John Priehs
1423 N River Road
McHenry,      IL
60051-4547

Internal Revenue Service
Centralized Insolvency Unit
PO Box 21126
Philadelphia, PA 19114-0326

Deutsch Levy Engel Chartered
225 West Washington Street #1700
Chicago, IL 60606-3482

EDI Imaging
% Christina Lutz, Esq.
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Exhibitors Carpet Service Inc
4300 W Montrose Ave
Chicago, IL 60641-2016

Exhibitors.Com
10550 S Sam Houston Pkwy W Suite B
Houston, TX 77071-3141

Express Signs & Graphics of Orlando
7121 Grand National Dr #100
Orlando, FL 32819-8384

Fabric Images
% Jack Kellen, Esq.
120 S. Houghton Road, Suite 158-257
Tuscon, AZ 85748-6731

FedEx
POB 94515
Palatine, IL 60094-4515

Fellers
POB 875540
Kansas City, MO 64187-5540

Fisher Textiles
139 Business Park Dr
Indian Trail, NC 28079-9432

Fleet Lift Truck Service Inc
POB 238
Roscoe, IL 61073-0238

Freeman Decorating
1600 Viceroy
Suite 100
Dallas, TX 75235

GES
7050 Lindel Road
Las Vegas, NV 89118-4702

Gail Violett
1221 W Quincy Avenue
Johnsburg, IL 60051-9664

Glock
% Michael D Lee
130 E Randolph St, Ste 3800
Chicago IL 60601

Graphic Dimensions
% Kenneth Donkel
7220 W 194th Street
Tinley Park, IL 60487

H & R Block
604 W Liberty Street
Wauconda, IL 60084-3461

Healthcare Service Corporation
P.O. Box 1186
Chicago, IL 60690-1186

Helen Kate Majszak
George P Hampilos
308 West State Street Suite 210
Rockford, IL 61101-1140

Herbert Hansen
7502 Circle Trail
Wonderlake, IL 60097-8460

Illinois Department of Revenue
Bankruptcy Services
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Dept Of Employment Security
Bankruptcy Unit
33 S. State Street
Chicago, IL 60603-2804

Image Model Talent Agency
530 Huntwick Place
Roswell, GA 30075-4300

James C Biefeld
718 Algonquin Ave
Bensonville, IL 60106-1905

Jason Gobeyn
1502 Eagle Ridge Road
Antioch, IL 60002

Jason W Neumann
2962 Strauss
Woodstock IL 60098

Jeka Transport
2300 S Loomis Street
Chicago, IL 60608

Jennifer Cramer
1205 S Broadway Street
McHenry, IL 60050

Jeremy Bates
1006 Ravine Drive
McHenry, IL 60051-3522

Jesse A Bogard
32885 Juniper Street
Burlington, WI 53105-8329

Karen Renee Scott
1780 Apple Valley Drive
Wauconda, IL 60084-1417

Kathleen Gauger
594 Fox Ridge Drive
Fox Lake, IL 60020-1953

Keith Hedemark
25730 WHwy 134
Ingleside, IL 60041-9591

Kirk P Muraski
4215 East Drive
Crystal Lake, IL 60012-3040

Laser Registration Inc
1200 G Street NW #800
Washngton, DC 20005-6705

Lauren Lachermeier
2001 West Oakleaf Drive
McHenry, IL 60051-6167

Lee Rapier
2616 Thomas Court
McHenry, IL 60051-8059

Lyle Haag Engineering LLC
1340 N Dearborn St #12C
Chicago, IL 60610-6046

MRI Network Of Elgin
472 N. McLean Blvd.
Elgin, IL 60123-3274

Management Recruiters
Adams, Evens & Ross, Inc.
1301 Shiloh Road Blvd. 800
Suite 811
Kennesaw, GA 30144

Mark Grabavoy
3121 Edgewood Parkway
Woodridge, IL 60517-3719

Mark Guerra
3706 Pheasant Drive
Rolling Meadows, IL 60008

Marmon Keystone
10700 Marmon drive
Bolingbrook, IL 60440-3060

Mega Path Inc
Dept 0324
POB 120324
Dallas, TX 75312-0324

Michele Gobeyn
1502 Eagle Ridge Drive
Antioch, IL 60002

Mike Ziegler
4201 W Union Hills Dr
Apt 1073
Glendale, AZ 85308

National Plastic & Seals Inc
505 Oakwood Road #220
Lake Zurich, IL 60047-1534

Nestor Ventouras
4108 Thomas Drive
Woodstock, IL 60098-8420

Nevada North American
Donald T Polednak Esq
7371 Prairie Falcon Road Suite 120
Las Vegas, NV 89128-0834

Nicholas Schneider
2412 Fairfield Trail
Belvidere,       IL

Norse Inc
100 South Road
Torrington, CT 06790-2441

Octanorm USA
701 Interstate West Pkwy
Lahia Springs, GA 30122-3224

Richard L Bowe
3516 N Chapel Hill Road
Johnsburg, IL 60051-2506

Robert Crawford
3117 W Meadow Lane
Wonder Lake, IL 60097-9480

Robert Sickels
1949 N Orleans St Apt 2C
McHenry, IL 60050-3943

Robert Wogelius
107 S Heritage Dr
McHenry, IL

Rosemont Catering Co. Inc.
9301 West Bryn Mawr
Rosemont, IL 60018-5201

Ruthven Family Ltd
Partnership
P O Box 2420
Lakeland FL 33806

Sam S. Marino Jr.
783 Regency Park Drive
Crystal Lake, IL 60014-8593

WIPFIL LLP
Attn: Neal Richardson
4949 Harrison Avenue
Rockford IL 61108

Sean Kotecki
5318 Stillwell Drive
Wonderlake, IL 60097-9054

TJ Saenz
954 Cottonwood Lane
Marengo, IL 60152-3614

TWI Group Inc.
P.O. Box 60086
Las Vegas, NV 89160-0086

Terri Hart
39 N Circle Port
Barrington, IL 60010-1008

The Outdoor Channel Inc
c/o Thomas J Lester
100 Park Avenue
POB 1389
Rockford, IL 61105-1389

Theresa M Tonyan
Saint Mary's College
601 LeMans Hall
Notre Dame, IN 46556-5012

Tim Gozzola
2306 W Fairview Lane
McHenry, IL 60051

Tim Wray
1714 Court Street
McHenry, IL 60050-4431

Total Plastics
505 Busse Road
Elk Grove Village, IL 60007-2116

Travelers Indeminty Co
% RMS Bankruptcy Recovery Serv
PO Box 5126
Timonium, MD 21094

William A Murray
728 Nottingham Court
Island Lake, IL 60042-8704

Willwork, Inc.
Exhibit Services
23 Norfold Avenue
South Easton, MA 02375-1166

Woodstock Lumber Co
1101 Lake Avenue
Woodstock, IL 60098-7413

Yellow Transportation, Inc.
P.O. Box 73149
Chicago, IL 60673-0001

MODO Exhibits, Inc
%George P Hampilos
308 West State Street
Rockford, IL 61101-1140

Office of the U.S. Trustee
Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Department of the Treasury
Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

Gary Clemons
8414 Redbud Court
Wonder Lake, IL 60097

Wisconsin Dept of Revenue
Special Procedures Unit
P O Box 8901
Madison, WI 53708

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| MODO EXHIBITS, INC | ) | CASE NO: 09-70332 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### MOTION TO PAY FINAL FEE APPLICATION FOR ACCOUNTING FEES

**NOW COMES** the Trustee, BERNARD J. NATALE, and submits this Motion to Pay Final Fee Application for AccountingFees of Neal Richardson of WIPFLI, L.L.P., and states as follows:

1. That the above entitled cause commenced as a proceeding under Chapter 11 of the United States Code on February 4, 2009 and was converted to a Chapter 7 on March 19, 2009.

2. The applicant was approved by the Court on November 02, 2009, to act as Accountant for the Estate with an hourly fee of $70 per hour for clerical through $275 per hour for senior partners.

3. That Neal Richardson of Wipfli, L.L.P. has provided a certain and actual necessary accounting service to the Debtor and to the Estate.

4. This Court previously approved fees for this applicant on November 17, 2010 in the sum of $3,742.10 for services rendered October 20, 2009 through September 14, 2010, on June 6, 2011 in the sum of $485.20 for services rendered March 19, 2011 through April 30, 2011, on December 26, 2012 in the sum of $712.50 for services rendered February 3, 2012 through September 25, 2012, on November

26, 2013 in the sum of $416.50 for services rendered September 2, 2013 through September 4, 2013, and on November 10, 2014 in the sum of $881.00 for services rendered June 1, 2014 through September 15, 2014.

5. The sum of $6,237.30 has been paid against said award.

6. Based upon the nature, extent and value of the services performed by and the cost of comparable services other than that in a case under this title, the reasonable compensation for such accounting services at this time is $855.00, based on an hourly fee of $285.00 per hour, as per the Attached Exhibit "A".

**WHEREFORE**, your applicant prays that after notice and a hearing the Court authorizes interim compensation in the sum of $855.00 for Neal Richardson of WIPFLI, L.L.P. for accounting services rendered regarding the above captioned matter for the period of December 23, 2014 through March 4, 2015.

DATED: March 17, 2015

/S/    **BERNARD J NATALE**
**BERNARD J NATALE ,TRUSTEE FOR**
**THE ESTATE OF MODO EXHIBITS, INC.**

PREPARED BY:
ATTORNEY BERNARD J NATALE
BERNARD J NATALE, LTD
6833 Stalter Drive, Ste 201
Rockford IL 61108
Phone: (815) 964-4700
Fax: (815) 316-4646