# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MODO EXHIBITS, INC.   §   Case No. 09-70332
                             §
                             §
Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on June 1, 2015 in Courtroom 3100, United States Courthouse,
327 S Church Street Rockford IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 04/14/2015   By: /s/BERNARD J. NATALE
                                                             Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MODO EXHIBITS, INC.                           § Case No. 09-70332
                                                     §
                                                     §
Debtor(s)                                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $   402,426.58

*and approved disbursements of*                $   236,292.67

*leaving a balance on hand of* [1]              $   166,133.91

**Balance on hand:**                           $   166,133.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S | Internal Revenue Service | 273,936.06 | 273,936.06 | 0.00 | 0.00 |
| 61S | ProLogis | 18,115.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   166,133.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 23,371.33 | 0.00 | 23,371.33 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 7,294.25 | 0.00 | 7,294.25 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 285.92 | 0.00 | 285.92 |
| Accountant for Trustee, Fees - Lindgren, Callihan Van Osdol and Co | 3,742.10 | 3,742.10 | 0.00 |
| Charges, U.S. Bankruptcy Court | 2,543.00 | 2,543.00 | 0.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Fees: SMITHAMUNDSEN LLC | 124,337.00 | 124,337.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 711.92 | 711.92 | 0.00 |
| Attorney for Trustee Fees - BERNARD J. NATALE, LTD. | 20,066.75 | 20,066.75 | 0.00 |
| Attorney for Trustee Expenses - BERNARD J. NATALE, LTD. | 439.95 | 439.95 | 0.00 |
| Accountant for Trustee, Fees - WIPFLI LLP | 2,152.50 | 2,152.50 | 0.00 |
| Accountant for Trustee, Fees - WIPFLI, INC | 1,197.70 | 1,197.70 | 0.00 |
| Other Fees: The Pension Specialists, Ltd | 3,550.00 | 3,550.00 | 0.00 |
| Other Expenses: PROLOGICS | 7,000.00 | 7,000.00 | 0.00 |
| Other Expenses: Prime Parkway Development LLC | 10,000.00 | 10,000.00 | 0.00 |
| Other Expenses: SMITHAMUNDSEN LLC | 9,478.97 | 9,478.97 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   31,276.50
Remaining balance:   $   134,857.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   134,857.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $884,809.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 6,043.80 | 0.00 | 6,043.80 |
| | INTERNAL REVENUE SERVICE | 1,413.46 | 0.00 | 1,413.46 |
| | INTERNAL REVENUE SERVICE | 5.38 | 0.00 | 5.38 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5,263.94 | 0.00 | 5,263.94 |
| 2 | Kirk P Muraski | 1,061.33 | 0.00 | 1,061.33 |
| 6 | Karen Renee Scott | 2,718.75 | 0.00 | 2,718.75 |
| 8 | Robert Wogelius | 0.00 | 0.00 | 0.00 |
| 9 | William A Murray | 0.00 | 0.00 | 0.00 |
| 10 | Mike V Ziegler | 1,936.00 | 0.00 | 1,936.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Kathleen Gauger | 1,846.15 | 0.00 | 1,846.15 |
| 12 -2 | Mark Grabovoy | 10,950.00 | 0.00 | 10,950.00 |
| 13 | Helen Kate Majszak | 4,152.96 | 0.00 | 4,152.96 |
| 14P | Internal Revenue Service | 673,778.99 | 0.00 | 21,441.56 |
| 15P | Illinois Department of Employment Security | 52,356.09 | 0.00 | 1,666.12 |
| 19 | Lee Rapier | 2,500.00 | 0.00 | 2,500.00 |
| 20 | Jesse Bogard | 2,880.00 | 0.00 | 2,880.00 |
| 21 | Gary Clemons | 2,984.80 | 0.00 | 2,984.80 |
| 22 | Sean Kotecki | 4,145.63 | 0.00 | 4,145.63 |
| 23 | Robert Sickels | 3,000.00 | 0.00 | 3,000.00 |
| 24 | Mark Guerra | 3,875.00 | 0.00 | 3,875.00 |
| 25 | Brian Flynn | 8,642.27 | 0.00 | 8,642.27 |
| 26 | Robert Crawford | 9,200.00 | 0.00 | 9,200.00 |
| 27 | Gail Violett | 5,089.00 | 0.00 | 5,089.00 |
| 28 | Tim K Gozzola | 5,378.00 | 0.00 | 5,378.00 |
| 29 | Cindy Denz (Caves) | 4,173.05 | 0.00 | 4,173.05 |
| 30 | Robert Wogelius | 5,200.00 | 0.00 | 5,200.00 |
| 38 | Kelly Woody | 1,775.33 | 0.00 | 1,775.33 |
| 45P | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 48 | William A Murray | 1,480.00 | 0.00 | 1,480.00 |
| 51 | Herbert Hansen | 6,818.21 | 0.00 | 6,818.21 |
| 52 | Nestor Ventouras | 2,200.00 | 0.00 | 2,200.00 |
| 53 | Jennifer Cramer | 2,942.31 | 0.00 | 2,942.31 |
| 56S | Precision Trade Show Services | 0.00 | 0.00 | 0.00 |
| 57P | Prime Parkway Development, LLC | 0.00 | 0.00 | 0.00 |
| 59 | James C Biefeld | 2,532.00 | 0.00 | 2,532.00 |
| 69P | Illinois Department of Revenue Bankruptcy Section | 39,871.06 | 0.00 | 1,268.81 |
| 70P | Wisconsin Department of Revenue | 8,595.87 | 0.00 | 273.55 |

Total to be paid for priority claims:   $   134,857.41
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 1,490,847.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Crepes A. Latte Catering | 159,040.75 | 0.00 | 0.00 |
| 3 | DSA Design | 87,316.10 | 0.00 | 0.00 |
| 4 | Rosemont Exposition Services Inc. | 36,978.35 | 0.00 | 0.00 |
| 5 | ComEd Company | 4,037.90 | 0.00 | 0.00 |
| 7 | Accountemps/Div of Robert Half International | 0.00 | 0.00 | 0.00 |
| 12U-2 | Mark Grabovoy | 569.98 | 0.00 | 0.00 |
| 14U | Internal Revenue Service | 166,754.35 | 0.00 | 0.00 |
| 15U | Illinois Department of Employment Security | 325.00 | 0.00 | 0.00 |
| 16 | 1st AYD Corporation | 3,699.29 | 0.00 | 0.00 |
| 17 | ComEd Co. | 1,799.94 | 0.00 | 0.00 |
| 18 | US Dept of Labor | 0.00 | 0.00 | 0.00 |
| 31 | Bisco Industries | 1,267.17 | 0.00 | 0.00 |
| 32 | The Travelers Indeminty Co & Affiliates | 59,457.93 | 0.00 | 0.00 |
| 33 | Kelly Woody | 0.00 | 0.00 | 0.00 |
| 34 | SkyHawke Technologies LLC | 24,121.56 | 0.00 | 0.00 |
| 35 | Graphic Dimensions Design Group, Inc. | 46,970.00 | 0.00 | 0.00 |
| 37 | Jeka Transport | 2,071.31 | 0.00 | 0.00 |
| 39 | Fleet Lift Truck Service Inc | 1,262.77 | 0.00 | 0.00 |
| 40 | Bohrens Moving & Storage | 15,179.32 | 0.00 | 0.00 |
| 41 | Lyle Haag Engineering LLC | 1,800.00 | 0.00 | 0.00 |
| 42 | Metropolitan Pier & Expo | 1,299.50 | 0.00 | 0.00 |
| 43 | Advanced Greig Laminators | 8,301.11 | 0.00 | 0.00 |
| 44 | Express Signs & Graphics of Orlando | 2,085.31 | 0.00 | 0.00 |
| 45U | Illinois Department of Revenue Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 46 | CSI Worldwide | 31,185.75 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 47 -2 | Nth Degree Inc | 212,082.20 | 0.00 | 0.00 |
| 49 | Askew Industrial Corp | 939.83 | 0.00 | 0.00 |
| 50 | Nevada North American | 152,212.43 | 0.00 | 0.00 |
| 54 | Freeman Decorating Services Inc | 84,043.57 | 0.00 | 0.00 |
| 55 | Marmon Keystone | 10,726.49 | 0.00 | 0.00 |
| 56U | Precision Trade Show Services | 0.00 | 0.00 | 0.00 |
| 57U | Prime Parkway Development, LLC | 0.00 | 0.00 | 0.00 |
| 58 | GES | 11,244.87 | 0.00 | 0.00 |
| 60 | H & R Block | 8,804.50 | 0.00 | 0.00 |
| 61U | ProLogis | 0.00 | 0.00 | 0.00 |
| 62 | American Express Travel Related Services Co Inc | 19,227.84 | 0.00 | 0.00 |
| 63 | The Outdoor Channel Inc | 215,840.59 | 0.00 | 0.00 |
| 64 | Glock Inc | 77,525.87 | 0.00 | 0.00 |
| 65 | Deutsch Levy Engel Chartered | 2,920.00 | 0.00 | 0.00 |
| 69U | Illinois Department of Revenue Bankruptcy Section | 3,084.52 | 0.00 | 0.00 |
| 70U | Wisconsin Department of Revenue | 2,358.78 | 0.00 | 0.00 |
| 71 | Accountemps Div of Robert Half Int | 34,312.55 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $                 0.00
Remaining balance:     $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 40,812.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 66 | Photographic and Reprographic Group Inc | 8,364.94 | 0.00 | 0.00 |
| 67 | Campion, Curran, Dunlop, Lamp & Cunabaugh, PC | 21,585.96 | 0.00 | 0.00 |
| 68 | (NICOR) Northern Illinois Gas | 10,861.12 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:     $                 0.00
Remaining balance:     $                 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                   Case No. 09-70332-TML
MODO Exhibits, Inc.                                                      Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 5                  Date Rcvd: May 08, 2015
                              Form ID: pdf006             Total Noticed: 138


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2015.
db           +MODO Exhibits, Inc.,    4501 Prime Parkway,    McHenry, IL 60050-7000
aty          +Brian M Graham,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
13493819      1st AYD Corporation,    P.O. Box 5298,    Elgin, IL  60121-5298
13560651     +ADT Security Services,    POB 96175,    Las Vegas NV 89193-6175
13560663     +AV Images,    7085-C Los Positas Rd,    Livenmore CA 94551-5116
13493820     +Accountemps,    12400 Collections Center Drive,    Chicago, IL 60693-0124
13618121     +Accountemps,    Div of Robert Half International,    Attn: Mary Gonzalez,
               5720 Stoneridge Drive, Suite Three,    Pleasanton CA 94588-4521
16572628     +Accountemps Div of Robert Half Int,    Attn: Karen Lima,    POB 5024,    San Ramon CA 94583-5024
13560653     +Aetna Plywood Inc,    Lockbox 774315,    4315 Solutions Center,    Chicago IL 60677-4003
13560616     +Alfonso Acevedo,    1164 S Gunderson,    Oak Park IL 60304-2151
13560654     +All Tile Inc,    POB 809244,    Chicago IL 60677-0001
13560655     +Always Freight,    POB 1888,    Fayetteville AR 72702-1888
13560657     +American Cases Corp,    3949 Grove Ave,    Gurnee IL 60031-2118
14191124      American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701
13560658     +American Logistics Inc,    POB 75,    Climax MI 49034-0075
13605885     +Andy Cyunczyk,    332 Cherrywood Road,    Buffalo Grove IL 60089-2007
13560659      Arata Expositions,    15926 Tournament Drive,    Gaithersburg MD 20877
13560660    #+Askew Industrial Corp,    2920 Supply Ave,    Los Angeles CA 90040-2708
13560661     +Atlantic Tape Company,    POB 3197,    Fayetteville GA 30269-7197
13560662     +Atlas Saw & Tool Inc,    7801 Industrial court Ste B,    Spring Grove IL 60081-8298
13560665     +Bekins Van Lines,    POB 809300,    Chicago IL 60680-9300
13560666      Benefit Administration Inc,    400 Annalp St Ste 200,    Menasha WI 54952
13560667     +Bisco Industries,    520 Windy Point Dr,    Glendale Heights IL 60139-2178
13804039     +Bisco Industries,    Smith Rubin,    PO Box 639,    Belle Chasse, LA 70037-0639
13560668     +Bjorkmans Ace Hardware,    4520 West Crystal Lake Rd,    McHenry IL 60050-5378
13787155     +Bob Crawford,    3117 W Meadow Ln,    Wonder Lake IL 60097-9480
13560648     +Bob Wogelius,    107 Heritage,    McHenry IL 60050-5179
13560669     +Bohrens Moving & Storage,    3 Applegate Dr South,    Robbinsville NJ 08691-2341
13605888     +Brian Flynn,    4411 Sussex Drive,    McHenry IL 60050-4139
13493823     +CSI Worldwide,    40 Regency Plaza,    Glen Mills, PA 19342-1002
15096001     +Campion, Curran, Dunlop, Lamp & Cunabaugh, PC,    8600 U.S. Highway 14, Ste. 201,
               Crystal Lake, IL 60012-2700
13605897    #+Candace K Keiser,    4346 Jerdon Court,    Las Vegas NV 89129-1618
13493821     +Champion Exposition,    139 Campanelli Drive,    Middleborough, MA 02346-1078
13605909     +Charles Sears,    621 Webster Street,    Algonquin IL 60102-2869
13560623     +Cindy Denz (Caves),    34444 N Converse Lane,    Ingleside IL 60041-9260
13560671     +Cornerstone Material Recovery,    4172 Bull Valley Road,    McHenry IL 60050-2206
13560672     +Crepes A Latte Catering,    c/o Kevin Posen Esq,    11 E Adams St Ste 800,
               Chicago IL 60603-6324
13493822     +Crepes A. Latte Catering,    Teller Levit & Silvertrust PC,    11 East Adams Street, Suite #800,
               Chicago, IL 60603-6324
13605886     +Cynthia Denz,    34444 N Converse Lane,    Ingleside IL 60041-9260
13560674      DLS Internet Services,    Algonquin IL 60102
13493824      DSA Design,    17 The Courtyard,    Timothys Bridge Road,    Stratford Upon Avon, UK  CV37 9NP
13605904     +Daniel John Priehs,    1423 N River Road,    McHenry IL 60051-4547
13560673     +Deutsch Levy Engel Chartered,    225 West Washington Street #1700,    Chicago IL 60606-3482
13493825     +EDI Imaging,   % Christina Lutz, Esq.,    120 S. Riverside Plaza, Suite 1200,
               Chicago, IL 60606-3910
13560675     +EDI Imaging c/o Christina Lutz Esq,    120 S Riverside Plaza Ste 1200,    Chicago IL 60606-3910
13560677     +Exhibitors.Com,    10550 S Sam Houston Pkwy W Suite B,    Houston TX 77071-3141
13560678     +Express Signs & Graphics of Orlando,    7121 Grand National Dr #100,    Orlando FL 32819-8384
13493826     +Fabric Images,   % Jack Kellen, Esq.,    120 S. Houghton Road, Suite 158-257,
               Tuscon, AZ 85748-6731
13560679     +Fabric Images,    c/o Jack Kellen Esq,    120 S Houghton Rd Ste 158-257,    Tuscon AZ 85748-6731
13560680     +FedEx,    POB 94515,    Palatine IL 60094-4515
13560681      Fellers,    POB 875540,    Kansas City MO 64187-5540
13560682     +Fisher Textiles,    139 Business Park Dr,    Indian Trail NC 28079-9432
13560683     +Fleet Lift Truck Service Inc,    POB 238,    Roscoe IL 61073-0238
13560684     +Freeman,    POB 650039,    Dallas TX 75265-0039
13560685     +GES,    7050 Lindel Road,    Las Vegas NV 89118-4702
13605913    #+Gail Violett,    1221 W Quincy Avenue,    Johnsburg IL 60051-9664
13566252     +Glock Inc,    c/o Michael d Lee,    130 East Randolph Street Sutie 3800,    Chicago IL 60601-6207
13493827     +Graphic Dimensions,    51 Sherwood Terrace, Suite V,    Lake Bluff, IL 60044-2232
13865512     +Graphic Dimensions Design Group, Inc.,    c/o Kenneth J. Donkel,    7220 West 194th Street,
               Tinley Park, IL 60487-9211
13493828     +Healthcare Service Corporation,    P.O. Box 1186,    Chicago, IL 60690-1186
13605900     +Helen Kate Majszak,    9214 Butternut Drive,    Crystal Lake IL 60014-3909
13640379      Helen Kate Majszak,    George P Hampilos,    308 West State Street Suite 210,
               Rockford IL 61101-1140
13605894     +Herbert Hansen,    7502 Circle Trail,    Wonderlake IL 60097-8460
13605917     +Illinois Department of Revenue Bankruptcy Section,    100 W Randolph St #7-400,
               Chicago IL 60601-3218
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 5                   Date Rcvd: May 08, 2015
                              Form ID: pdf006             Total Noticed: 138

13560687      +Image Model Talent Agency,    530 Huntwick Place,    Roswell GA 30075-4300
13605880      +James C Biefeld,    718 Algonquin Ave,    Bensonville IL 60106-1905
13605903      +Jason W Neumann,    2962 Strauss Court,    Woodstock IL 60098-8076
13560688      +Jeka Transport,    2350 S Wood Street,    Chicago IL 60608-5347
13605879      +Jeremy Bates,    1006 Ravine Drive,    McHenry IL 60051-3522
13605881      +Jesse A Bogard,    32885 Juniper Street,    Burlington WI 53105-8329
13560619      +Jesse Bogard,    W142 Tombeau Blvd,    Genoa City WI 53128-1908
13605908      +Karen Renee Scott,    199 Janet Court,    Fox Lake IL 60020-1383
13605889      +Kathleen Gauger,    594 Fox Ridge Drive,    Fox Lake IL 60020-1953
13605896      +Keith Hedemark,    25730 W Hwy 134,    Ingleside IL 60041-9591
13821679      +Kelly Woody,    POB 495,    Oswego IL 60543-0495
13560636      +Kirk P Muraski,    4215 East Drive,    Crystal Lake, IL 60012-3040
13560689      +Laser Registration Inc,    1200 G Street NW #800,    Washngton DC 20005-6705
13605899     #+Lauren Lachermeier,    2001 West Oakleaf Drive,    McHenry IL 60051-6167
13605905      +Lee Rapier,    2616 Thomas Court,    McHenry IL 60051-8059
13560690      +Lyle Haag Engineering LLC,    1340 N Dearborn St #12C,    Chicago IL 60610-6046
13493831      +MRI Network Of Elgin,    472 N. McLean Blvd.,    Elgin, IL 60123-3274
13493830       Management Recruiters,    Adams, Evens & Ross, Inc.,    1301 Shiloh Road Blvd. 800 Suite 811,
                Kennesaw, GA   30144
13640340      +Mark Grabavoy,    3121 Edgewood Parkway,    Woodridge IL 60517-3719
13605893      +Mark Guerra,    3706 Pheasant Drive,    Rolling Meadows IL 60008-2635
13560691      +Marmon Keystone,    POB 992,    Butler PA 16003-0992
13560692       Mega Path Inc,    Dept 0324,    POB 120324,    Dallas TX 75312-1348
13560693       Metropolitan Pier & Expo,    75 Remittance Dr Suite 1348,    Chicago IL 60675-1348
13605916      +Mike Ziegler,    2009 Oak Drive,    McHenry IL 60050-3838
13605912      +Nestor Ventouras,    4108 Thomas Drive,    Woodstock IL 60098-8420
13605907      +Nicholas Schneider,    2412 Fairfield Trail,    Belvidere IL 61008-6495
13560696      +Norse Inc,    100 South Road,    Torrington CT 06790-2441
13493832      +Nth Degree,    % Jeffrey B. Greenspan, Esq.,    123 N. Wacker Drive, Suite 1800,
                Chicago, IL 60606-1770
13549700      +Nth Degree Inc,    Stanley F Orszula,    321 N Clark Street Suite 2300,    Chicago IL 60654-4746
13560697       Octanorm USA,    701 Interstate West Pkwy,    Lahia Springs GA 30122-3224
13869118      +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
13560698      +Photographic and Reprographic Group Inc,    4201 W Victoria,    Chicago IL 60646-6700
13493833      +Precision Trade Show Services,    21346 Sage Brush Lane,    Mokena, IL 60448-1486
14119304      +Prime Parkway Development LLC,    Jennifer L Johnson,    Zanck Coen & Wright PC,    40 Brink St,
                Crystal lake IL 60014-4371
14167897      +Prime Parkway Development, LLC,    % Zanck Coen & Wright PC,    40 Brink St,
                Crystal Lake, Il 60014-4371
14186211      +ProLogis,    % Edward J Tredinnick,    4 Embarcadero Center 40th Flr,
                San Francisco, CA 94111-4100
13493834      +ProLogis,    4031 N. Pecos Road, Suite 107,    Las Vegas, NV 89115-0186
13605882      +Richard L Bowe,    3516 N Chapel Hill Road,    Johnsburg IL 60051-2506
13605884      +Robert Crawford,    3117 W Meadow Lane,    Wonder Lake IL 60097-9480
13605910      +Robert Sickels,    1949 N Orleans St Apt 2C,    McHenry IL 60050-3943
13605914      +Robert Wogelius,    107 Heritage,    McHenry IL 60050-5179
13493835      +Rosemont Catering Co. Inc.,    9301 West Bryn Mawr,    Rosemont, IL 60018-5201
13493836      +Rosemont Exposition Services Inc.,    9301 W. Bryn Mawr,    Rosemont, IL 60018-5201
13560699       Ruthven Family Ltd Partnership,    POB 2420,    Lakeland FL 33806-2420
13493818      +Schirger Monteleone &,    Hampilos PC,    308 West State St Suite 210,    Rockford, IL 61101-1140
13605898      +Sean Kotecki,    5318 Stillwell Drive,    Wonderlake IL 60097-9054
13837813      +SkyHawke Technologies LLC,    c/o John R Oliver CFO,    274 Commerce Park Drive Suite M,
                Ridgeland MS 39157-2238
13493839      +TWI Group Inc.,    P.O. Box 60086,    Las Vegas, NV 89160-0086
13605895      +Terri Hart,    39 N Circle Port,    Barrington IL 60010-1008
13663295       The Outdoor Channel Inc,    c/o Thomas J Lester,    100 Park Avenue,    POB 1389,
                Rockford IL 61105-1389
13806030      +The Travelers Indeminty Co & Affiliates,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
                Timonium MD 21094-5126
13605911      +Theresa M Tonyan,    Saint Mary's College,    601 LeMans Hall,    Notre Dame IN 46556-5012
13605892      +Tim Gozzola,    11718 Thayer Road,    Wonderlake IL 60098-8317
13560629      +Tim K Gozzola,    3004 Emily Ln,    McHenry IL 60051-4552
13560649      +Tim Wray,    1714 Court Street,    McHenry IL 60050-4431
13493838      +Total Plastics,    505 Busse Road,    Elk Grove Village, IL 60007-2116
13560700      +Travelers,    Remittance Center,    Hartford CT 06183-0001
13605902      +William A Murray,    728 Nottingham Court,    Island Lake IL 60042-8704
13560637      +William A Murray,    728 Nottingham Ct,    Island Lake Il 60042-8704
13493840      +Willwork, Inc.,    Exhibit Services,    23 Norfold Avenue,    South Easton, MA 02375-1187
13493841      +Willwork, Inc.,    Exhibit Services,    23 Norfolk Avenue,    South Easton, MA 02375-1187
15858703       Wisconsin Department of Revenue,    Special Procedures Unit,    POB 8901,    Madison WI 53708-8901
13560701      +Woodstock Lumber Co,    1101 Lake Avenue,    Woodstock IL 60098-7413
13493842      +Yellow Transportation, Inc.,    P.O. Box 73149,    Chicago, IL 60673-7149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13560782      +E-mail/Text: bankrup@aglresources.com May 09 2015 00:02:54     (NICOR) Northern Illinois Gas,
                Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
13560664       E-mail/Text: rkeck@wurthbaersupply.com May 09 2015 00:03:52     Baer Supply Company,
                909 Forest Edge Drive,    Vernon Hills IL 60061-3149
13770798      +E-mail/Text: legalcollections@comed.com May 09 2015 00:04:40     ComEd Co.,    2100 Swift Drive,
                Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
```

```
District/off: 0752-3          User: lorsmith             Page 3 of 5                   Date Rcvd: May 08, 2015
                              Form ID: pdf006            Total Noticed: 138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13606314       +E-mail/Text: legalcollections@comed.com May 09 2015 00:04:40      ComEd Company,
                 Attn Revenue Management Dept,    2100 Swift Drive,   Oak Brook IL 60523-1559
14102271       +E-mail/Text: mary.oswald@freemanco.com May 09 2015 00:03:32      Freeman Decorating Services Inc,
                 Attn: Mary Oswald,    1600 Viceroy Suite 100,   Dallas TX 75235-2312
13559853        E-mail/Text: cio.bncmail@irs.gov May 09 2015 00:03:23
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 PO Box 21126,    Philadelphia PA 19114
13700410       +E-mail/Text: des.claimantbankruptcy@illinois.gov May 09 2015 00:04:47
                 Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808
13493829       +E-mail/Text: des.claimantbankruptcy@illinois.gov May 09 2015 00:04:47
                 Illinois Dept Of Employment Security,    Bankruptcy Unit,   33 S. State Street,
                 Chicago, IL 60603-2808
13560695        E-mail/Text: bankrup@aglresources.com May 09 2015 00:02:54      Nicor Gas,   POB 0632,
                 Aurora IL 60507-0632
13493837       +E-mail/Text: ssmbarino@sbcglobal.net May 09 2015 00:02:56      Sam S. Marino Jr.,
                 783 Regency Park Drive,    Crystal Lake, IL 60014-8593
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13560624       Ashley Eyzaguirre
13560640       Brett Saenz
13560625       Brian Flynn
13560644       Charles Sears
13560638       Daniel John Priehs
13560647       Gail Violett
14191884       Glock, Inc.
13560635       Helen Kate Majszak
13560631       Herbert Hansen
13560618       James Bierfeld
13560627       Jason Gobeyn
13560621       Jennifer Cramer
13560617       Jeremy Bates
13560643       Karen Renee Scott
13560626       Kathleen Gauger
13560632       Keith Hedemark
13560634       Lauren Lachermeier
13560639       Lee Rapier
13560630       Mark Guerra
13560628       Michele Gobeyn
13560650       Mike Ziegler
13560646       Nestor Ventouras
13560642       Nicholas Schneider
13560622       Robert Crawford
13560645       Robert Sickels
13560633       Sean Kotecki
13560641       TJ Saenz
13560670*      +Champion Exposition,   139 Campanelli Drive,   Middleborough MA 02346-1078
13559854*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
                 230 S Dearborn Street,   Chicago IL 60604)
13649713*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P O Box 21126,   Philadelphia PA 19114)
13700493*      +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808
13765080*      +Jason Gobeyn,   2806 Russet Rd,   McHenry, IL 60050-2719
13605901*      +Kirk P Muraski,   4215 East Drive,   Crystal Lake IL 60012-3040
13493817*      +MODO Exhibits Inc,   4501 Prime Parkway,   McHenry, IL 60050-7000
14173853*      +Prime Parkway Development LLC,   % Zanck Coen & Wright PC,   40 Brink St,
                 Crystal Lake, Il 60014-4371
13605915*      +Tim Wray,   1714 Court Street,   McHenry IL 60050-4431
13560652     ##+Advanced Greig Laminators,   POB 8563,   Madison WI 53708-8563
13560656     ##+American Academy of Physician Assistants,    950 N Washington St,   Alexandria VA 22314-1534
13605887     ##+Ashley Eyzaguirre,   431 Foxford Drive,   Buffalo Grove IL 60089-6301
13560676     ##+Exhibitors Carpet Service Inc,   4300 W Montrose Ave,   Chicago IL 60641-2016
13560620     ##+Gary Clemons,   W187 Tombeau Blvd,   Geona City WI 53128-1910
13560686     ##+H & R Block,   474 B W Liberty St,   Wauconda IL 60084-3461
13605890     ##+Jason Gobeyn,   2806 Russet Road,   McHenry IL 60050-2719
13605883     ##+Jennifer Cramer,   5501 W Windhaven Trail,   McHenry IL 60050-5923
13605891     ##+Michele Gobeyn,   2806 Russet Road,   McHenry IL 60050-2719
13560694     ##+National Plastic & Seals Inc,   505 Oakwood Road #220,   Lake Zurich IL 60047-1534
13593736     ##+Nevada North American,   Donald T Polednak Esq,   Sylvester & Polednak Ltd,
                 7371 Prairie Falcon Road  Suite 120,   Las Vegas NV 89128-0834
13605906     ##+TJ Saenz,   954 Cottonwood Lane,   Marengo IL 60152-3614
13765079     ##+US Dept of Labor,   Employee Benefits Security agents,    200 W Adams St #1600,
                 Chicago, IL 60606-5228
```

```
District/off: 0752-3          User: lorsmith              Page 4 of 5              Date Rcvd: May 08, 2015
                              Form ID: pdf006             Total Noticed: 138
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 27, * 9, ## 13

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2015 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Accountant Neal  Richardson natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    on behalf of Other Prof. Anne  Brannon natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    on behalf of Plaintiff Bernard J. Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Bernard J Natale    on behalf of Plaintiff Bernard J Natale natalelaw@bjnatalelaw.com
              Bruce E de'Medici    on behalf of Defendant    American Express Travel Related Svcs Co Inc
               bdemedici@gmail.com
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Craig A Goode    on behalf of Trustee Bernard J Natale cgoode@salawus.com
              David P Lloyd    on behalf of Creditor   Graphic Dimensions Design Group, Inc.
               courtdocs@davidlloydlaw.com
              Ean L Kryska    on behalf of Trustee Bernard J Natale ean.kryska@abm.com
              Ean L Kryska    on behalf of Plaintiff Bernard J. Natale ean.kryska@abm.com
              Ean L Kryska    on behalf of Plaintiff Bernard J Natale ean.kryska@abm.com
              Ean L Kryska    on behalf of Attorney    SmithAmundsen LLC ean.kryska@abm.com
              Ean L Kryska    on behalf of Plaintiff Trustee Bernard J Natale ean.kryska@abm.com
              Elizabeth A. Bates    on behalf of Creditor   Lewellen and Best Exhibits, Inc.
                ebates@springerbrown.com,   jkrafcisin@springerbrown.com;iprice@springerbrown.com
              George P Hampilos    on behalf of Debtor   MODO Exhibits, Inc. georgehamp@aol.com,
               kris@hampilos-langley.com
              George P Hampilos    on behalf of Plaintiff   MODO Exhibits, Inc. georgehamp@aol.com,
               kris@hampilos-langley.com
              James L. Wright    on behalf of Defendant   Nevada North American, Inc. jwright@zcwlaw.com,
               lkuziel@zcwlaw.com;srajzer@zcwlaw.com;agilbertson@zcwlaw.com
              Jason T Mayer    on behalf of Trustee Bernard J Natale jmayer@salawus.com,  jadams@salawus.com
              Jennifer L Johnson    on behalf of Defendant   Nevada North American, Inc. jjohnson@zcwlaw.com,
               vblazina@zcwlaw.com,lkuziel@zcwlaw.com
              Jennifer L Johnson    on behalf of Creditor   Prime Parkway Development, LLC jjohnson@zcwlaw.com,
               vblazina@zcwlaw.com,lkuziel@zcwlaw.com
              John H Boyd    on behalf of Defendant   Nevada North American, Inc. jboyd@zcwlaw.com
              Marla J Haley    on behalf of Interested Party   Secretary of Labor, United States Department of
               Labor haley.marla@dol.gov,   sol-chi@dol.gov;matting.leslie@dol.gov
              Michael D. Lee    on behalf of Creditor   Glock, Inc. mlee@srcattorneys.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Plaintiff Bernard J Natale hillison@pacatrust.com
              Scott E Hillison    on behalf of Plaintiff Bernard J. Natale hillison@pacatrust.com
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Stanley F. Orszula    on behalf of Creditor   Nth Degree, Inc. sfo@quarles.com
              Stanley F. Orszula    on behalf of Defendant   Nth Degree, Inc. sfo@quarles.com
              Thomas A Christensen    on behalf of Creditor   Lewellen and Best Exhibits, Inc.
                tchristensen@huckbouma.com,   mheneghan@huckbouma.com
```

```
District/off: 0752-3          User: lorsmith            Page 5 of 5              Date Rcvd: May 08, 2015
                              Form ID: pdf006           Total Noticed: 138
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas A Christensen    on behalf of Defendant    Lewellen & Best Displays, Inc. tchristensen@huckbouma.com, mheneghan@huckbouma.com

          Thomas C Zanck    on behalf of Creditor    Prime Parkway Development, LLC tzanck@zcwlaw.com, lkuziel@zcwlaw.com;agilbertson@zcwlaw.com

          Thomas J Lester    on behalf of Creditor    The Outdoor Channel, Inc. tlester@hinshawlaw.com, ryoung@hinshawlaw.com

          William S Hackney, III    on behalf of Plaintiff Bernard J Natale whackney@salawus.com, jadams@salawus.com

          William S Hackney, III    on behalf of Trustee Bernard J Natale whackney@salawus.com, jadams@salawus.com

          William S Hackney, III    on behalf of Plaintiff Trustee Bernard J Natale whackney@salawus.com, jadams@salawus.com

          TOTAL: 38